# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D22-2452
LT Case No. 2019-CF-3480-A

—————————————————

ISAIAH MAEWEATHERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender, and Joseph Chloupek, Assistant Public Defender, for Appellant.

Ashley Moody, Attorney General, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.


August 22, 2023

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____